ERICA T. LOFTIS, SBN 259286
DANE W. EXNOWSKI, #281996
Buckley Madole, P.C.
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
BK.CA@BuckleyMadole.com

Attorneys for Secured Creditor
Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br>Isela Corral Cowen,<br><br>    Debtor. | Case No. 16-07446<br><br>Chapter 11<br><br>**JOINDER OF CREDITOR WELLS FARGO BANK N.A. IN ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b)** |

TO THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR AND DEBTOR-IN-POSSESSION, COUNSEL FOR DEBTOR-IN-POSSESSION, AND OTHER INTERESTED PARTIES:

  Wells Fargo Bank, N.A. ("WFB") hereby joins in the Acting United States Trustee's (the "UST") Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. § 1112(b) (the "Motion") (Docket No. 138). WFB's joinder is based upon the UST's Motion.

## I. INTRODUCTION

  WFB is the secured creditor through its interest as the first lienholder with respect to the real property commonly described as 1236 Summit Avenue, Cardiff by the Sea, CA 92007 ("Summit Property"). Per WFB's proof of claim, WFB has a secured claim of $1,025,543.48 as of the date of the

petition. Since the outset of the case, WFB, through counsel, has reached out to the Debtor's counsel of record to determine the Debtor's reorganizational goals and to see if a consensual agreement could be reached. Initially, the Debtor said she would rent the Summit Property. Next, Debtor said she would sell the Summit Property to pay off WFB. Sometime thereafter, Debtor stated an intention to reinstate WFB's loan and WFB provided an offer to allow time to take steps to potentially reinstate WFB's loan, with respect to which no decision was made by Debtor. It appears Debtor now requests a structured dismissal.

WFB joins in the UST's Motion for the reasons set forth in the UST's Motion because the Debtor "remains noncompliant with her duties and obligations as a chapter 11 debtor." (UST's Motion, pg. 6).

## II. JOINDER ON CONVERSION OR DISMISSAL

WFB's joinder is based upon the UST's Motion and requests that the Court either convert or dismiss the case; as to which avenue WFB submits to the Court's judgment. In the event a structured dismissal is ordered, WFB would request that the structured dismissal be without prejudice to its rights under 11 U.S.C. § 362 and confirmation that its rights are not being modified.

DATED: August 7, 2017

Respectfully Submitted,

BUCKLEY MADOLE, P.C.

By: /s/ Dane W. Exnowski
DANE W. EXNOWSKI
Attorney for Wells Fargo Bank, N.A.